## SECTION 5 – APPLICATION APPROVALS

Full Name of Applicant: (This is the name the license will be issued in)
Bali Hai SV LLC

Business Name (D/B/A)

Street Address: 6900 Gulf Drive

| City | County | State | Zip Code |
|---|---|---|---|
| Holmes Beach | Manatee | FL | 34217 |

### ZONING
**TO BE COMPLETED BY THE ZONING AUTHORITY GOVERNING YOUR BUSINESS LOCATION**

A. The location complies with zoning requirements for the sale of alcoholic beverages pursuant to this application for a Series: 4COP  Type: Quota

B. Quota license.

C. This approval includes outside areas which are contiguous to the premises which are to be part of the premises sought to be licensed and are identified on the sketch?"  ☐ Yes  ☑ No

Check either: Please do not skip, this is important for license fee sharing
☑ Location is within the city limits or ☐ Location is in the unincorporated county

Signed _____  Date 12-10-2019

Title City of Holmes Beach Planning & Zoning Admin. This approval is valid for 180 days.

### SALES TAX
**TO BE COMPLETED BY THE DEPARTMENT OF REVENUE**

The named applicant for a license/permit has complied with the Florida Statutes concerning registration for Sales and Use Tax.

1. This is to verify that the current owner as named in this application has filed all returns and that all outstanding billings and returns appear to have been paid through the period ending _____ or the liability has been acknowledged and agreed to be paid by the applicant. This verification does not constitute a certificate as contained in Section 213.758 (4), F.S. (Not applicable if no transfer involved).
2. Furthermore, the named applicant for an Alcoholic Beverage License has complied with Florida Statutes concerning registration for Sales and Use Tax, and has paid any applicable taxes due.

Signed _____  Date _____

Title _____  Department of Revenue Stamp

This approval is valid for _____ days.

### HEALTH
**TO BE COMPLETED BY THE DIVISION OF HOTELS AND RESTAURANTS OR COUNTY HEALTH AUTHORITY OR DEPARTMENT OF HEALTH OR DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES**

The above establishment complies with the requirements of the Florida Sanitary Code.

Signed _____  Date _____

Title _____  Agency _____

This approval is valid for _____ days.

Auth: 61A-5.018, 61A-5.056 FAC                6

***EXHIBIT A***



# HOLMES BEACH POLICE DEPARTMENT

5801 Marina Drive, Holmes Beach, Florida 34217-1561
941-708-5804     Fax 941-708-5815

## NOTICE OF VIOLATION

March 06, 2020

**MAIL TO:** Bali Hai JV LLC
1401 8TH AVE W
Bradenton, FL 34205

**RE:** 6900 Gulf DR
Holmes Beach, FL 34217

20-000759

Dear Bali Hai JV LLC :

Please be advised that your Property or Business in Holmes Beach, FL (listed above) has been found to be in violation of the City of Holmes Beach Ordinance(s) listed below:

**PERMITS FOR SITE PLAN APPROVAL - SEC. 3.5** - Found to be in violatoin of Section 3.5 of the City's Code of Ordinances for reasons set forth in the attached letter from the Building Official. General requirement: Applications for all uses permitted with site plan review shall require the submission of a site development plan in accordance with the provisions of this section unless the same is waived in accordance herewith. The application for a site plan review shall be made to the building official. No permit shall be issued for any use requiring site plan review unless such requirement is waived pursuant hereto or the site plan is approved by the city commission in accordance with the provisions hereof. No certificate of occupancy shall be issued for any structure or building unless all facilities included in the approved site plan have been provided in accordance with this ordinance. **Site plan review as further detailed in the attached and incorporated letter from Neal Schwartz, Building Official, City of Holmes Beach.**

**CORRECTIVE ACTIONS:**

- Submit a site plan for major review per Section 3.5 of the Land Development Code. Until such time as a site plan is reviewed and approved, the property owner is prevented from serving anyone other than guests of the hotel/motel aclohoillc beverages and can only do so in the enclosed building. No service of alcohol by the pool or on the patio is permitted without an approved site plan.

It is the responsibility of the owner(s) to insure compliance with all City Ordinances. <u>FAILURE TO COMPLY</u> with the ordinances may result in referral to the Code Enforcement Special Magistrate for the City of Holmes Beach or the issuance of Code Compliance Uniform Citation. The Magistrate is empowered to levy fines up to $250/day for a first time violation or $500/day for a repeat violation for each day the violation continues past the date set for compliance in an order plus all court costs, reasonable attorney fees, and administrative costs. Compliance must be achieved within 14 days of the receipt of this notice. Thank you for your prompt attention to this matter.

Should you have any questions, please contact me at (941) 708-5800 ext. 247 between 8 a.m. - 4 p.m., Monday through Friday. I can also be reached by email at codeenforcement@holmesbeachfl.org.

Sincerely;

*[signature]*

James Thomas
Code Compliance Supervisor

*[handwritten:]* On March 6, 20 Gave Notice to owner
*[signature]*

**EXHIBIT B**

**Laurel Weaver-Serrano**

**From:** Louis Najmy
**Sent:** Thursday, September 16, 2021 2:10 PM
**To:** Stacey Johnston - City of Holmes Beach
**Subject:** Re: 9-15-21 CC Spx Mtg - 1st Budget Hrg & Reg Mtg Materials

Stacey: Thanks for all the help so far. Can you provide the following to me for the Bali Hai matter from last night?

1. All letters of objection from residents to the site plan that were received and/or admitted to record.
2. The report read into the record by the Chairperson last night during the commissioner's comments.
3. Although I'm reluctant re-live last night, the access information to view last night's recorded meeting on Zoom. How long is this recording preserved?

Thanks so much.
Louis

Louis Najmy

1401 8th Avenue West
Bradenton, FL 34205
941-748-2216 Office
941-748-2218 Fax
Lnajmy@najmythompson.com

LAKEWOOD RANCH: 6320 Venture Dr., Ste. 104, Lakewood Ranch, FL 34202 (941) 907-3999
SARASOTA: 3400 Tamiami Trail, Suite 201. Sarasota, FL 34239 (941) 907-3999
NEW YORK CITY: One World Trade Center, Ste. 8500, New York, NY 10007 (212) 220-6616 (By Appointment)

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. Please notify us immediately and delete. Thank you.

---

**From:** Stacey Johnston - City of Holmes Beach <cityclerk@holmesbeachfl.org>
**Sent:** Wednesday, September 15, 2021 11:03:16 AM
**To:** Louis Najmy <LNajmy@najmythompson.com>
**Subject:** Re: 9-15-21 CC Spx Mtg - 1st Budget Hrg & Reg Mtg Materials

CAUTION: The sender could not be verified, or the sender does not specify which systems are permitted to send email of their behalf. Please exercise caution when replying, clicking links or opening attachments.

In person for 2 reasons -
1 - we are requiring persons that wish to speak must appear in person. We are not utilizing Zoom except for view only purposes, and
2 - it is a quasi-judicial hearing so evidence needs to be provided in person

Let me know if you have any questions,

1

**EXHIBIT C**

*Stacey*

**Stacey Johnston, MMC, CBTO, City Clerk**
President - FL Association of City Clerk's
cityclerk@holmesbeachfl.org
City of Holmes Beach 5801 Marina Dr, Holmes Beach, FL 34217
941-708-5800, ext. 226 - Fax: 941-708-5812
w.ww.holmes beachfl.org



**"Promoting and Developing the Educational and Professional Status of Florida City Clerks"**

PLEASE NOTE: Florida has a very broad Public Records Law. This agency is a public entity and is subject to Chapter 119 of the Florida Statutes, concerning public records. E-mail communications are covered under such laws & therefore e-mail sent or received on this entity's computer system, including your e-mail address, may be disclosed to the public or media upon request.

---

**From:** Louis Najmy <LNajmy@najmythompson.com>
**Sent:** Wednesday, September 15, 2021 10:00 AM
**To:** Stacey Johnston - City of Holmes Beach
**Subject:** Re: 9-15-21 CC Spx Mtg - 1st Budget Hrg & Reg Mtg Materials

Thanks Stacey. If I intend to briefly speak on behalf of the owner, can I do so by zoom or do I need to attend in person?

Thanks.
Louis

Louis Najmy

1401 8th Avenue West
Bradenton, FL 34205
941-748-2216 Office
941-748-2218 Fax
Lnajmy@najmythompson.com

LAKEWOOD RANCH: 6320 Venture Dr • Ste. 104, Lakewood Ranch. FL 34202 (941) 907-3999.
SARASOTA: 3400 Tamiami Trail, Suite 201, Sarasota, FL 34239 (941) 907-3999
NEW YORK CITY: One World Trade Center, Ste. 8500, New York, NY 10007 (212) 220-6616 (By Appointment)
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. Please notify us immediately and delete. Thank you.

---

**From:** Stacey Johnston - City of Holmes Beach <cityclerk@holmesbeachfl.org>
**Sent:** Thursday, September 9, 2021 5:19:30 PM
**To:** Deividas Gizys <dgizys@najmythompson.com>; Louis Najmy <LNajmy@najmythompson.com>; Darenda Marvin <dmarvin@wmgdevelopment.com>; Alec Graham - City of Holmes Beach <agraham@holmesbeachfl.org>; Alex Stewart <astewart@dyeharrison.com>; Ami Cox - City of Holmes Beach <adminspecialist@holmesbeachfl.org>; Austen Dole - City of Holmes Beach <asstplanner@holmesbeachfl.org>; Bill Brisson - City of Holmes Beach <cityplanner@holmesbeachfl.org>; Bonnie Bowers <bonbowers@gmail.com>; Carl Jelovich

**EXHIBIT C**

**Laurel Weaver-Serrano**

**From:** Laurel Weaver-Serrano
**Sent:** Thursday, March 10, 2022 3:12 PM
**To:** Laurel Weaver-Serrano
**Subject:** FW: Public records request

**From:** Louis Najmy <LNajmy@najmythompson.com>
**Sent:** Tuesday, November 30, 2021 3:20 PM
**To:** Stacey Johnston - City of Holmes Beach <cityclerk@holmesbeachfl.org>
**Subject:** Public records request

Hi Stacey: Is it possible to obtain the minutes and written record of the August 14, 2012 City commission hearing?

Louis Najmy

1401 8th Avenue West
Bradenton, FL 34205
941-748-2216 Office
941-748-2218 Fax
Lnajmy@najmythompson.com

LAKEWOOD RANCH: 6320 Venture Dr., Ste. 104, Lakewood Ranch, FL 34202 (941) 907-3999
SARASOTA: 3400 Tamiami Trail, Suite 201, Sarasota, FL 34239 (941) 907-3999
NEW YORK CITY: One World Trade Center, Ste. 8500, New York, NY 10007 (212) 220-6616 (By Appointment)

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. Please notify us immediately and delete. Thank you.

Kaleta 2769

**EXHIBIT C**

# OFFENSE-INCIDENT REPORT
## HOLMES BEACH POLICE DEPARTMENT

| Field | Value |
|---|---|
| ORI | FL0410400 |
| Gang Related | N |
| Juvenile in Report | N |
| Juvenile Warn/Dismiss | |
| Original / Supplement | 1 |
| Agency Report Number | 20220371 |
| Primary Offense Description | ASSIST CDE ENF |

### Event Information

| Field | Value |
|---|---|
| Original Day Reported | THU |
| Date | 07/21/2022 |
| Time (mil) | 1238 |
| Time Dispatched | 1238 |
| Time Arrived | 1243 |
| Time Completed | 1700 |
| Incident From | THU 07/21/2022 1238 |
| Incident To | THU 07/21/2022 1700 |

**OFF/INC #1** — Type: 9 — ASSIST CODE ENFORCEMENT — C-Committed

**Incident Location:** 102 48TH ST, HOLMES BEACH, 34217

**Location Type:** Resid-Other

**# OFF/INC:** 1  **# Victims:** 0  **# Offenders:** 0  **# Prem. Ent.:** 0  **# Veh. Stolen:** 0  **Type of Weapon:** N/A

### Persons Information

**OFF/INC Indicator:** 1 — **V/W Code:** O — **#:** 1 — **Person Type:** 5 — **Name:** THOMAS CDE ENF SUPERVISOR  J.T

**Address:** 5801 MARINA DR, HOLMES BEACH, FL 34217
**Business Phone:** 941 932-6426
**Synopsis of Involvement:** CODE ENFORCEMENT SUPERVISOR

### Narrative

**CONTACT WITH SUPERVISOR THOMAS:**

I was requested to assist Supervisor Thomas with a City of Holmes Beach Ordinance Violation case. My involvement was to make contact with a White Male aprox 5-9 180 with Brown hair, eye, and a beard. He was asked about renting the house he was in and he stated he was not renting and that he is a friend of the owner Shawn Kaletta. When asked where Shawn lived he stated here all around here.

He was asked to identify him self several times, and he stated he had a call into his lawyer to see if he was required to produce ID. I offered several alternatives and he still declined. A phone conversation with the City of Holmes Beach Attorney yielded a answer that the subject was obstructing justice, however a physical arrest was not advised. I did contact the subject again and advised him that he was obstructing justice and could be arrested, the subject still refused to identify himself. There was another unidentified subject in the house who was originally contacted by Code Supervisor Thomas.

**VEHICLE ON SITE:**

A blue suv with Maryland plates was parked on the property. I asked the male who not identify himself if that was his vehicle and he stated yes.

---

**Name of Officer Reporting:** OFC M.T. VANHORN — **I.D. Number:** 338 — **Date:** 07/21/2022
**Officer Reviewing:** SGT. COPEMAN — **I.D. Number:** 307 — **Date:** 07/26/2022

*EXHIBIT D*

Page 1 of 2

| FL0410400 | Gang Related: N | **OFFENSE-INCIDENT REPORT** | Juvenile in Report: N | Juvenile Warn/Dismiss | 1. Original / 2. Supplement: 1 |
|---|---|---|---|---|---|
| ADM | Date of Supplement | HOLMES BEACH POLICE DEPARTMENT | Agency Report Number: 20220371 | Primary Offense Description: ASSIST CDE ENF | |

Upon running the registration through FCIC the vehicle was a rental vehicle registered to IAN Holdings Miami.

**RECONTACT WITH SUBJECT AND ATTORNEY:**
Numerous avenues were explored and several attempts to gain cooperation were unsuccessful. A phone conversation with Attorney Jason Miller and his associate yielded no cooperation. Code Supervisor Thomas went back to his officer and after consulting with the city attorney a notice of violation and court hearing was drafted and posted on the property.

**BODY WORN CAMERA:**

This incident recorded on Ofc VanHorn BWC.

**STATUS:**

CLOSED.

---

| | Signature of Officer Reporting | Name of Officer Reporting: OFC M.T. VANHORN | I.D. Number/Locator Code: 338 | Unit# | Date: 07/21/2022 |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Signature of Officer Reviewing | Officer Reviewing (If Applicable): SGT. COPEMAN | I.D. Number: 307 | | Date: 07/26/2022 |
| | Case Status: CA - Cleared by Arrest / CE - Cleared Exceptionally / CF - Filed with State Atty / CU - Cleared Unfounded / I - Inactive / A - Active / P - Pending | Clearance Type: 1.Arrest 2.Exceptional 3.Unfounded | A-Adult / J-Juvenile | Date Cleared | Arrest Number |
| | Exception Type: 1.Extradition Declined / 2. Arrest on Primary Offense Secondary Offense Without Prosecution / 3. Death of Offender / 4. V/W Refused to Cooperate / 5. Prosecution Declined / 6. Juvenile/No Custody | | | Related Report Number(s) | Number Arrested |

**EXHIBIT D**

| | |
|---|---|
| **From:** | Erica Augello |
| **To:** | Louis Najmy |
| **Cc:** | jthomas@holmesbeachfl.org; Michelle Grantham; Eric Pullen; Shawn Kaleta; Sean Kelly; Jason Miller; Brian Kopp |
| **Subject:** | Re: 102 48th Street and all Kaleta properties |
| **Date:** | Thursday, July 21, 2022 2:17:33 PM |

The authority for code enforcement officers to legally execute their duties comes from Chapter 162, Fla. Stat. and Chapter 2 of the City's Code.

In this particular situation, identifying information was requested from the gentlemen who answered the door. He was not forthcoming with his identifying information, so as is protocol, law enforcement was called to request ID.

My understanding is that no one was arrested, but it was made known that if ID was not produced it could be considered obstruction of justice and might be subject to arrest. Regardless, I believe the gentleman spoke with his legal counsel and gave his information. No further action by law enforcement was taken.

No ones constitutional rights were violated. Again, I request that you provide me with specific legal authority that allows you, an officer of the court and member of the Bar, to prohibit code enforcement officers to lawfully carry out their duties pursuant to Chapter 162, Fla. Stat. and Chapters 2, and in this case 4, of the City's Code.

Otherwise, any property owner within the jurisdictional boundaries of Holmes Beach, by way of that property ownership, is bound by and subject to the laws of the jurisdiction.

Sent from my iPhone

> On Jul 21, 2022, at 14:01, Louis Najmy <LNajmy@najmythompson.com> wrote:
>
> My legal authorities for my position are: The U.S. Constitution, the Constitution of the State of Florida, and general common sense and knowledge.
>
> What is your authority for the City of Holmes Beach code officers entering properties unannounced and threatening detention and/or arrest for non-criminal matters?
>
> Louis
>
> Louis Najmy
>
> 
>
> **From:** Erica Augello <Erica@cityattorneys.legal>
> **Sent:** Thursday, July 21, 2022 1:53 PM
> **To:** Louis Najmy <lnajmy@najmythompson.com>
> **Cc:** jthomas@holmesbeachfl.org <jthomas@holmesbeachfl.org>; Michelle Grantham

**EXHIBIT E**